IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-03020

Sean Peck,

    Plaintiff/Movant,

Alliance One, Inc.; and DOES 1-10, inclusive,

    Defendants.

**NOTICE OF SETTLEMENT**

    NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 45 days.

Dated: January 14, 2011

    Respectfully submitted,

    By   /s/ Dianne Zarlengo_____

    Dianne Zarlengo, Esq.
    Bar Number: 31385
    2800 So. University Blvd., Ste. 66
    Denver, Colorado 80210
    (303) 748-3513
    dzlegal@gmail.com
    Attorneys for Plaintiff

    Of Counsel To:

    LEMBERG & ASSOCIATES L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (877) 795-3666

## CERTIFICATE OF SERVICE

   I hereby certify that on January 14, 2011, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system. Additionally, a copy of the foregoing Notice of Settlement was deposited in the United States mail, postage prepaid, addressed to the following parties:

Mr. Joseph J. Lico, Esq.
621 Seventeenth St.
Suite 1800
Denver, CO 80293

               By   /s/ Dianne Zarlengo

                 Dianne Zarlengo