## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-03020-REB-MJW

Sean Peck,

    Plaintiff/Movant,

Alliance One, Inc.; and DOES 1-10, inclusive,

    Defendants.

## **STIPULATION OF DISMISSAL**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Alliance One, Inc. with prejudice and without costs to any party.

| Sean Peck | Alliance One, Inc. |
|---|---|
| ___/s/ Dianne Zarlengo_____ | __/s/Joseph J. Lico_____ |
| Dianne Zarlengo, Esq. | Josep h J. Lico, Esq. |
| Bar Number: 31385 | 621 Seventeenth St., Ste. 1800 |
| 2800 So. University Blvd., Ste. 66 | Denver, CO 80293 |
| Denver, Colorado 80210 | (303) 302-6864 |
| (303) 748-3513 | jlico@alp-pc.com |
| dzlegal@gmail.com | Attorney for Defendant |
| Attorneys for Plaintiff | |

## CERTIFICATE OF SERVICE

       I hereby certify that on February 28, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served via email to jlico@alp-pc.com and electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By_/s/ Dianne Zarlengo_____
                                              Dianne Zarlengo